Gerald D. FULLER, Plaintiff— Appellant,

v.

D. Kenneth HORNING, Warden; Douglas L. Webb, COIV, Defendants–Appellees.

No. 12–7179.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 29, 2012.

Decided: Jan. 9, 2013.

Gerald D. Fuller, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Nancy P. Tennis, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

---

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald D. Fuller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fuller v. Horning,* No. 1:11–cv–01917–WMN, 2012 WL 2342947 (D. Md. June 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*